

July 30, 2025

Hon. Judge Arun Subramanian
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> GRANTED. The initial pretrial conference will now be held on **September 4, 2025 at 2:00 PM** using the same dial-in information. However, there will be no further extensions, and plaintiff should move for default judgment if defendants have not appeared. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 10.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: July 30, 2025

RE:   **AUSTIN v. SHARKEY'S CAFE INC., et al.**
      **DOCKET NO. 1:25-cv-3522**

Dear Judge Subramanian:

The undersigned represents Patrick Austin, the plaintiff in the above-referenced matter. I write to provide a status update and to request a 30-day adjournment of the initial conference, currently scheduled for August 5, 2025 (Doc. 7). This is plaintiff's first request for an adjournment of the initial conference.

To date, the defendant has not appeared on the docket or through counsel. However, on July 28, I emailed chipilonyc@gmail.com, an address listed on the defendant's Facebook page, to inform them of the upcoming conference and provide the call-in details. I asked for confirmation as to whether they intend to appear. I followed up again on July 29th but have not received a response to either email.

In light of these circumstances, the undersigned respectfully requests a 30-day adjournment of the initial conference. This additional time may allow the defendant to appear. If the defendant continues to fail to do so, Plaintiff intends to move for default judgment.

A copy of this letter has been sent to the email address provided. I thank the Court for its time and consideration on this matter.

Respectfully,
/s/ Gabriel A. Levy