

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 Glevy@glpcfirm.com (347) 941-4715

August 26, 2025

Hon. Judge Arun Subramanian
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **AUSTIN v. SHARKEY'S CAFE INC., et al.**
**<u>DOCKET NO. 1:25-cv-3522</u>**

Application GRANTED. The conference is postponed to October 7 at 3:30 PM. The dial-in information remains the same.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 27, 2025

Dear Judge Subramanian:

The undersigned represents Patrick Austin, the plaintiff in the above-referenced matter. I write to provide a status update and to request a 30-day adjournment of the initial conference, currently scheduled for September 4, 2025 (Doc. 11). This second request for an adjournment is made jointly by the parties.

As a preliminary matter, I recognize the Court's prior instruction that no further extensions will be granted and that plaintiff should move for default judgment if defendants have not appeared. However, I have been in contact with Andrew N. Kessler, Esq. of Hoagland Longo, who recently advised that he represents defendant Sharkey's Café Inc. Mr. Kessler indicated that he has encountered difficulties accessing the Court's electronic filing system but expects to have his appearance entered in the coming days. This adjournment is requested because the parties have not yet conferred or prepared the pre-conference submissions, and to allow Mr. Kessler time to appear on the docket and file an answer. Mr. Kessler has reviewed this letter and consents to the adjournment request.

In light of these circumstances, the parties respectfully request a 30-day adjournment of the initial conference. We thank the Court for its time and consideration on this matter.

Respectfully,
<u>/s/ Gabriel A. Levy</u>