

October 1, 2025

Hon. Judge Arun Subramanian
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    RE:    **AUSTIN v. SHARKEY'S CAFÉ INC., et al.**
              <u>**DOCKET NO. 1:25-cv-3522**</u>

Dear Judge Subramanian:

    The undersigned represents Plaintiff Patrick Austin in the above-referenced matter. I write to respectfully request a brief two-week adjournment of the initial conference currently scheduled for October 7, 2025 at 3:30 p.m. This request is made jointly by the parties.

    The requested adjournment is necessary because October 7th falls during the Jewish holiday of Sukkot, when I will be in New Jersey with family. In addition, the parties are diligently working toward settlement and believe that additional time will be productive.

    Accordingly, the parties respectfully request that the conference be adjourned for two weeks to a date convenient for the Court.

    I thank the Court for its time and consideration on this matter.

GRANTED. The conference is rescheduled to October 21, 2025 at 4:00PM. The dial-in info remains the same.

The parties are cautioned to be more proactive, check their calendars, and warn the Court of potential conflicts that could arise when making requests. Though religious holidays present good cause for adjournment, this conference was originally scheduled for September 4, 2025 and, upon the parties' request for a 30-day adjournment, was rescheduled to October 7, 33 days later.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 16.

SO ORDERED.

Respectfully,

/s/ Gabriel A. Levy

*[signature]*

Arun Subramanian, U.S.D.J.
Date: October 2, 2025